# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Gregory Adam Engeseth, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.                                                      ORDER
                                                         Civil No. 06-2410

The County of Isanti, Minnesota
and Sheriff Michael Ammend, individually
and in his capacity as Sheriff of Isanti
County,

    Defendants.

_____

    Vincent J. Moccio, Laura M. Provinzino and Katherine S. Wiik, Robins, Kaplan, Miller & Ciresi L.L.P. for and on behalf of Plaintiff.

    Jon K. Iverson and Pam J.F. Whitmore, Iverson Reuvers for and on behalf of Defendants.

_____

    This matter is before the Court upon the Defendant's motion to stay these proceedings until the Eighth Circuit Court of Appeals either grants or denies its petition for appeal.

    By Order dated December 6, 2007, the Defendant's petition for appeal was denied. Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion to Stay Proceedings [Doc. No. 57] is DISMISSED AS MOOT.

Date: December 11, 2007

                                                s / Michael J. Davis
                                                Michael J. Davis
                                                United States District Court

Civil No. 06-2410