UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Gregory Adam Engeseth, individually,
and on behalf of all others similarly situated,

        Plaintiffs,

vs.

The County of Isanti, Minnesota, and
Sheriff Michael Ammend in his capacity
as Sheriff of Isanti County,

        Defendants.

_____

Civil No:  06-CV-02410 (MJD/RLE)


**ORDER**


Plaintiffs' Petition for Approval of the Proposed Class Notice, attached as Exhibit A to this Order, in the above-entitled matter was filed with this Court on January 8, 2008.

The Court, having reviewed the Petition of Plaintiff for Approval of the Proposed Class Notice and the Proposed Class Notice, as well as all pleadings filed to date, concludes that an Order granting Petition of Plaintiff for Approval of the Proposed Class Notice is appropriate.

Therefore, IT IS HEREBY ORDERED that Petition of Plaintiff for Approval of the Proposed Class Notice [Doc. 70] is GRANTED.  Plaintiff shall issue the Notice in the form of the attached Exhibit A.

Dated:  January 23, 2008.

BY THE COURT:

s / Michael J. Davis
Michael J. Davis
Judge of U.S. District Court