UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gregory Adam Engeseth,
Jayne Ilene Bartholdi, and
Michael David Ferris, individually,
and on behalf of all others similarly
situated,

        Plaintiffs,

v.

The County of Isanti, Minnesota,

        Defendant.

Civil No. 06-2410 (MJD/RLE)

## ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT

This matter comes before the Court upon consideration of the parties' "Joint Petition of Plaintiffs and Defendant For Preliminary Approval of the Proposed Settlement Agreement." After considering the Petition and the arguments of counsel, and upon all the records and files herein,

**IT IS HEREBY ORDERED AND DECREED THAT:**

1. This Court preliminarily approves the Settlement Agreement and determines that the proposed Settlement is sufficiently reasonable, adequate and fair to warrant giving notice to members of the Class and to warrant a full hearing about whether the Settlement Agreement should be given Final Approval. The Formal Fairness Hearing will be held in Courtroom 2 of the U.S. Federal Courthouse in Fergus Falls, MN at 1:00 p.m. on June 11, 2009.

SCANNED
MAR 12 2009
U.S. DISTRICT COURT MPLS

2. This Court determines that the proposed Notice of Class Action Settlement is reasonable and meets the requirements of Fed. R. Civ. P. 23(e). It informs Class Members that they may still exclude themselves from the Class, and gives them a mechanism for doing so. Fed. R. Civ. P. 23(e)(4). It presents the terms and provisions of the Settlement Agreement, the background of the case, and the rights and responsibilities of the Class Members in connection with the settlement approval process in a clear, understandable and informative manner.

3. The Notice shall state that a hearing will be held to determine whether to formally approve the Settlement Agreement on June 11 2009, at 1:00 p.m. when all objections to the Settlement Agreement will be heard. It shall further state that those wishing to file comments about, or objections to the Settlement Agreement, must file their written comments or objections with the Court to be postmarked within 60 days of the mailing of the Notices, which date will be specifically stated in the Notice.

6. The Notice sent to Class Members shall further state that both Forms for Exclusion from the Class and Claim Forms for attestations of being strip searched must returned to Class Counsel and must be postmarked within 60 days of the mailing of the Notices, which date will be specifically stated in the Notice. Persons not returning the Claim Form attestation as required shall not be included in the Class.

7.      The Notice, attached to the Joint Petition as Exhibit D, or materially similar Notices meeting the terms of this order, shall be mailed to Class Members who have not previously opted out of the Class as described in Section V(A) of the Joint Petition.

Entered this  12  day of  March, 2009.

BY THE COURT:

*[signature]*

Michael J. Davis
Chief Judge
United States District Court