UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregory Adam Engeseth, Jayne Ilene Bartholdi, and Michael David Ferris, individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>The County of Isanti, Minnesota,<br><br>            Defendants. | Civil No:  06-CV-2410 (MJD/RLE)<br><br>**SWORN ACCOUNTING OF VINCENT J. MOCCIO** |

STATE OF MINNESOTA )
                            ) ss.
COUNTY OF HENNEPIN )

      I, Vincent J. Moccio, being first duly sworn on oath, depose and state that:

      1.      I am a partner in the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and I am Class Counsel in this matter.

      2.      I make this Accounting pursuant to paragraph 11 of the Court's June 18, 2009 Order.

      3.      Plaintiffs' counsel has distributed $25,000 to named plaintiff Gregory Engeseth.

      4.      Plaintiffs' counsel has distributed $20,000 to named plaintiff Jayne Bartholdi.

      5.      Plaintiffs' counsel has distributed $20,000 to named plaintiff Michael Ferris.

2

6. Plaintiffs' counsel has distributed $431,142.41 to 179 class members.

7. The Accounting of all class members is attached as Exhibit A.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ *Vincent J. Moccio*
Vincent J. Moccio (#184640)

Subscribed and sworn to before me
this 7th day of August, 2009.

Renee M. Orme
Notary Public
My Commission Expires:  01/31/2010