UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregory Adam Engeseth, Jayne Ilene Bartholdi, and Michael David Ferris, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>The County of Isanti, Minnesota,<br><br>Defendant. | Civil No: 06-CV-2410 (MJD/RLE)<br><br>**SWORN REDACTED ACCOUNTING OF VINCENT J. MOCCIO** |

STATE OF MINNESOTA )
                   ) ss.
COUNTY OF HENNEPIN )

I, Vincent J. Moccio, being first duly sworn on oath, depose and state that:

1. I am a partner in the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and I am Class Counsel in this matter.

2. I make this Accounting pursuant to paragraph 11 of the Court's June 18, 2009 Order.

3. Plaintiffs' counsel has distributed $25,000 to named plaintiff Gregory Engeseth.

4. Plaintiffs' counsel has distributed $20,000 to named plaintiff Jayne Bartholdi.

5. Plaintiffs' counsel has distributed $20,000 to named plaintiff Michael Ferris.

81038073.1

6.   Plaintiffs' counsel has distributed $431,142.41 to 179 class members.

7.   The redacted Accounting of all class members is attached as Exhibit A.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ *Vincent J. Moccio*<br>Vincent J. Moccio (#184640)

Subscribed and sworn to before me
this 23rd day of September, 2009.

Renee M. Orme
Notary Public
My Commission Expires:  01/31/2010

# EXHIBIT A

Final Accounting
Engeseth v. Isanti County, et al.
Court File No. 06-2410

| | Name | Address | Claimed Attestations | Attestation Date(s) | Social Security Number | Date of Birth | Compensation |
|---|---|---|---|---|---|---|---|
| 1 | Aadelen, Donald Francis | Redacted | 1 | 09/13/01 | Redacted | Redacted | $ 2,290.50 |
| 2 | Adams, Joshua David | Redacted | 1 | 07/06/01 | Redacted | Redacted | $ 2,290.50 |
| 3 | Adriaens, Coy James | Redacted | 1 | 04/01/02 | Redacted | Redacted | $ 2,290.50 |
| 4 | Anderson, Scott Lawrence | Redacted | 1 | 05/26/01 | Redacted | Redacted | $ 2,290.50 |
| 5 | Athman, Bruce Paul | Redacted | 1 | 04/07/01 | Redacted | Redacted | $ 2,290.50 |
| 6 | Aust, James William | Redacted | 1 | 06/19/02 | Redacted | Redacted | $ 2,290.50 |
| 7 | Axelson, Daren Kenneth | Redacted | 2 | 11/22/00 05/09/02 | Redacted | Redacted | $ 2,861.93 |
| 8 | Benske, Chad Everette | Redacted | 1 | 08/28/02 | Redacted | Redacted | $ 2,290.50 |
| 9 | Bensley, Bret D. | Redacted | 1 | 07/01/00 | Redacted | Redacted | $ 2,290.50 |
| 10 | Benton, Robert Thomas | Redacted | 1 | 10/13/00 | Redacted | Redacted | $ 2,290.50 |
| 11 | Berg, Richard Galen | Redacted | 4 | 04/27/01 08/14/01 08/26/02 09/06/02 | Redacted | Redacted | $ 4,004.79 |
| 12 | Berquist, Michael Travis | Redacted | 1 | 04/02/02 | Redacted | Redacted | $ 2,290.50 |
| 13 | Birkholz, Troy Alan | Redacted | 1 | 10/10/00 | Redacted | Redacted | $ 2,290.50 |
| 14 | Bliskowski, Marry | Redacted | 1 | 08/06/00 | Redacted | Redacted | $ 2,290.50 |
| 15 | Bollin, Mary Elizabeth | Redacted | 1 | 12/01/01 | Redacted | Redacted | $ 2,290.50 |
| 16 | Boorsma, Lynn Rae | Redacted | 1 | 11/23/02 | Redacted | Redacted | $ 2,290.50 |
| 17 | Bue, Steven Gary | Redacted | 1 | 01/04/01 | Redacted | Redacted | $ 2,290.50 |
| 18 | Bunnell, Dusty Dawn | Redacted | 3 | 10/21/00 03/01/01 07/25/01 | Redacted | Redacted | $ 3,433.36 |
| 19 | Butterfield, Casey Ryan | Redacted | 1 | 05/29/02 | Redacted | Redacted | $ 2,290.50 |
| 20 | Cahoe, Robert Michael | Redacted | 1 | 09/16/00 | Redacted | Redacted | $ 2,290.50 |
| 21 | Carlson, Duane Raymond | Redacted | 1 | 02/01/02 | Redacted | Redacted | $ 2,290.50 |
| 22 | Carlson, Heather Ellen | Redacted | 1 | 01/17/02 | Redacted | Redacted | $ 2,290.50 |
| 23 | Carlson, Tim Edward | Redacted | 1 | 10/05/00 | Redacted | Redacted | $ 2,290.50 |
| 24 | Carpentier, Shannon Kay | Redacted | 1 | 05/10/02 | Redacted | Redacted | $ 2,290.50 |
| 25 | Cassman, Donald Alan | Redacted | 1 | 11/17/00 | Redacted | Redacted | $ 2,290.50 |
| 26 | Cassman, Randolph Brian | Redacted | 1 | 07/31/00 | Redacted | Redacted | $ 2,290.50 |
| 27 | Chapel, Michael Allen | Redacted | 1 | 11/13/02 | Redacted | Redacted | $ 2,290.50 |
| 28 | Chapman, James Alan | Redacted | 1 | 09/20/02 | Redacted | Redacted | $ 2,290.50 |
| 29 | Chester, George Patrick | Redacted | 3 | 12/17/01 09/10/02 12/11/02 | Redacted | Redacted | $ 3,433.36 |
| 30 | Clark, Gregory David | Redacted | 1 | 01/01/02 | Redacted | Redacted | $ 2,290.50 |
| 31 | Clemensen, Russel Lane | Redacted | 1 | 01/06/02 | Redacted | Redacted | $ 2,290.50 |
| 32 | Clemmer, James William | Redacted | 1 | 11/18/00 | Redacted | Redacted | $ 2,290.50 |
| 33 | Considine, Brandy Lee | Redacted | 2 | 07/25/00 09/05/01 | Redacted | Redacted | $ 2,861.93 |
| 34 | Creger, Harry Joseph | Redacted | 1 | 11/27/01 | Redacted | Redacted | $ 2,290.50 |
| 35 | Cross, Lowell Allan | Redacted | 2 | 09/07/00 07/10/01 | Redacted | Redacted | $ 2,861.93 |
| 36 | Curtis, Elton James | Redacted | 1 | 03/21/01 | Redacted | Redacted | $ 2,290.50 |
| 37 | Daudt, Shawn James | Redacted | 1 | 07/27/01 | Redacted | Redacted | $ 2,290.50 |
| 38 | Degen, Zandra May | Redacted | 1 | 10/02/00 | Redacted | Redacted | $ 2,290.50 |
| 39 | Dennehy, Craig Patrick | Redacted | 1 | 02/14/02 | Redacted | Redacted | $ 2,290.50 |
| 40 | Dimitry, Anthony Thomas | Redacted | 1 | 12/09/00 | Redacted | Redacted | $ 2,290.50 |
| 41 | Doege (fka Russell), Cheryl Lynn | Redacted | 3 | 07/20/00 03/30/01 09/08/01 | Redacted | Redacted | $ 3,433.36 |
| 42 | Donner, Joshua Leon | Redacted | 1 | 09/29/00 | Redacted | Redacted | $ 2,290.50 |
| 43 | Dresbach, Steven Dean | Redacted | 1 | 01/07/02 | Redacted | Redacted | $ 2,290.50 |
| 44 | Dufresne, David John | Redacted | 1 | 10/02/00 | Redacted | Redacted | $ 2,290.50 |
| 45 | Eastin, Jacob Levi | Redacted | 1 | 11/12/01 | Redacted | Redacted | $ 2,290.50 |
| 46 | Eby, James Grant | Redacted | 1 | 09/22/02 | Redacted | Redacted | $ 2,290.50 |
| 47 | Ekstrand, Kimberly Ann | Redacted | 1 | 11/17/01 | Redacted | Redacted | $ 2,290.50 |
| 48 | Ellingson, Dennis Luverne | Redacted | 2 | 11/16/01 08/08/02 | Redacted | Redacted | $ 2,861.93 |
| 49 | Engelman, Philip Jerome | Redacted | 1 | 05/05/01 | Redacted | Redacted | $ 2,290.50 |
| 50 | Engstrom, Thomas Ray | Redacted | 1 | 02/25/01 | Redacted | Redacted | $ 2,290.50 |
| 51 | Erickson, Andrew Arland | Redacted | 1 | 08/27/01 | Redacted | Redacted | $ 2,290.50 |
| 52 | Fallang, Brian Joseph | Redacted | 2 | 10/03/00 10/26/01 | Redacted | Redacted | $ 2,861.93 |
| 53 | Fiedler, Jon Frances | Redacted | 1 | 03/25/01 | Redacted | Redacted | $ 2,290.50 |
| 54 | Fietek, Charles Andrew | Redacted | 1 | 10/27/01 | Redacted | Redacted | $ 2,290.50 |
| 55 | Fjerstad, Gregory Scott | Redacted | 2 | 09/21/00 06/17/02 | Redacted | Redacted | $ 2,861.93 |
| 56 | Francen, Steven Scott | Redacted | 1 | 09/30/00 | Redacted | Redacted | $ 2,290.50 |
| 57 | Fritz, Joseph Allan | Redacted | 1 | 04/04/02 | Redacted | Redacted | $ 2,290.50 |
| 58 | Fuhol, Mindy Jo | Redacted | 1 | 03/23/01 | Redacted | Redacted | $ 2,290.50 |
| 59 | Gabrielson, Kevin John | Redacted | 3 | 11/10/00 02/26/01 04/10/01 | Redacted | Redacted | $ 3,433.36 |
| 60 | Gavin, Shane Allen | Redacted | 1 | 01/01/02 | Redacted | Redacted | $ 2,290.50 |
| 61 | Gerard, Vicki Lee | Redacted | 1 | 09/17/00 | Redacted | Redacted | $ 2,290.50 |
| 62 | Giffin (fka Potter), Tammie Jean | Redacted | 1 | 07/05/00 | Redacted | Redacted | $ 2,290.50 |
| 63 | Gogerty, Darlene (deceased) | Redacted | 1 | 11/11/01 | Redacted | Redacted | $ 2,290.50 |
| 64 | Gordon, Russell Eric | Redacted | 1 | 07/14/01 | Redacted | Redacted | $ 2,290.50 |

Final Accounting
Engeseth v. Isanti County, et al.
Court File No. 06-2410

| # | Name | | | | | | |
|---|---|---|---|---|---|---|---|
| 65 | Grassini, Wessly Danneil | Redacted | 1 | 10/09/02 | Redacted | Redacted | $ 2,290.50 |
| 66 | Grbich, Theresa Jayne | Redacted | 2 | 05/30/00 03/08/01 | Redacted | Redacted | $ 2,861.93 |
| 67 | Guerra, Damien Scott | Redacted | 1 | 07/20/01 | Redacted | Redacted | $ 2,290.50 |
| 68 | Gustafson, Joel James | Redacted | 1 | 12/20/01 | Redacted | Redacted | $ 2,290.50 |
| 69 | Gustafson, Trajan Guy | Redacted | 1 | 11/21/01 | Redacted | Redacted | $ 2,290.50 |
| 70 | Hall, Erin Michael | Redacted | 1 | 04/26/01 | Redacted | Redacted | $ 2,290.50 |
| 71 | Hanscom, Rachelle Lea | Redacted | 1 | 08/17/01 | Redacted | Redacted | $ 2,290.50 |
| 72 | Hatcher, Timothy Michael | Redacted | 2 | 07/16/00 01/06/02 | Redacted | Redacted | $ 2,861.93 |
| 73 | Havelka, Timothy Joseph | Redacted | 1 | 06/12/01 | Redacted | Redacted | $ 2,290.50 |
| 74 | Hewitt, Thomas Allen | Redacted | 1 | 08/24/02 | Redacted | Redacted | $ 2,290.50 |
| 75 | Hunt, Gordon Laverne | Redacted | 2 | 06/14/00 01/19/01 | Redacted | Redacted | $ 2,861.93 |
| 76 | Joachim, Jacob Hans | Redacted | 1 | 12/30/01 | Redacted | Redacted | $ 2,290.50 |
| 77 | Johnson, Jeremy Bradley | Redacted | 1 | 04/16/02 | Redacted | Redacted | $ 2,290.50 |
| 78 | Johnson, Ronald Allan | Redacted | 1 | 06/03/00 | Redacted | Redacted | $ 2,290.50 |
| 79 | Kalpin, Timothy Jon | Redacted | 1 | 02/08/01 | Redacted | Redacted | $ 2,290.50 |
| 80 | Karnik, Eric Thomas | Redacted | 2 | 03/24/01 05/30/01 | Redacted | Redacted | $ 2,861.93 |
| 81 | Katuin, Ralph Leroy | Redacted | 1 | 03/01/02 | Redacted | Redacted | $ 2,290.50 |
| 82 | Kemble, Mark William | Redacted | 1 | 01/18/01 | Redacted | Redacted | $ 2,290.50 |
| 83 | Knerr, Darrell Joseph | Redacted | 1 | 07/03/02 | Redacted | Redacted | $ 2,290.50 |
| 84 | Knotz, Rafel Antonio | Redacted | 1 | 03/13/02 | Redacted | Redacted | $ 2,290.50 |
| 85 | Koffler, William Robert | Redacted | 1 | 08/11/02 | Redacted | Redacted | $ 2,290.50 |
| 86 | Koski, Duane Edwin | Redacted | 2 | 09/14/01 12/16/02 | Redacted | Redacted | $ 2,861.93 |
| 87 | Kullman, Tammy Rae | Redacted | 1 | 03/02/01 | Redacted | Redacted | $ 2,290.50 |
| 88 | Kunshier, Michael Larry | Redacted | 1 | 04/27/01 | Redacted | Redacted | $ 2,290.50 |
| 89 | Kutter, Jeffrey Scott | Redacted | 1 | 04/24/01 | Redacted | Redacted | $ 2,290.50 |
| 90 | Lamorie, David Charles | Redacted | 1 | 05/15/02 | Redacted | Redacted | $ 2,290.50 |
| 91 | Larson, Rick Alan | Redacted | 1 | 11/26/02 | Redacted | Redacted | $ 2,290.50 |
| 92 | Laska, Mark Alan | Redacted | 2 | 05/05/01 09/22/02 | Redacted | Redacted | $ 2,861.93 |
| 93 | LeBlanc, Patrick Robert | Redacted | 1 | 01/12/01 | Redacted | Redacted | $ 2,290.50 |
| 94 | Lieser, David Joseph | Redacted | 1 | 05/23/02 | Redacted | Redacted | $ 2,290.50 |
| 95 | Lindberger, Michael Ray | Redacted | 1 | 08/13/02 | Redacted | Redacted | $ 2,290.50 |
| 96 | Lindgren, Matthew John | Redacted | 1 | 12/27/00 | Redacted | Redacted | $ 2,290.50 |
| 97 | Lund, Todd Arlyn | Redacted | 1 | 09/20/02 | Redacted | Redacted | $ 2,290.50 |
| 98 | Lunser, Carrie Lynn | Redacted | 1 | 08/08/00 | Redacted | Redacted | $ 2,290.50 |
| 99 | Mattson, Paul Leonard | Redacted | 1 | 02/05/02 | Redacted | Redacted | $ 2,290.50 |
| 100 | McCoy, Thomas John | Redacted | 1 | 05/24/02 | Redacted | Redacted | $ 2,290.50 |
| 101 | McGashan, Christopher Helm (deceased) | Redacted | 1 | 10/20/01 | Redacted | Redacted | $ 2,290.50 |
| 102 | McManus, Matthew Louis | Redacted | 1 | 06/01/02 | Redacted | Redacted | $ 2,290.50 |
| 103 | Mechelke, Joseph Charles | Redacted | 1 | 04/20/01 | Redacted | Redacted | $ 2,290.50 |
| 104 | Meek, Robert Allen | Redacted | 1 | 08/23/01 | Redacted | Redacted | $ 2,290.50 |
| 105 | Mellgren, Todd Brian | Redacted | 2 | 10/11/01 03/02/02 | Redacted | Redacted | $ 2,861.93 |
| 106 | Merrick, Randy Quenin | Redacted | 1 | 07/14/00 | Redacted | Redacted | $ 2,290.50 |
| 107 | Modeen, Rhonda Marie | Redacted | 1 | 09/01/00 | Redacted | Redacted | $ 2,290.50 |
| 108 | Moline, Lynn Carol | Redacted | 1 | 12/11/00 | Redacted | Redacted | $ 2,290.50 |
| 109 | Morehouse, Scott Paul | Redacted | 1 | 02/22/01 | Redacted | Redacted | $ 2,290.50 |
| 110 | Mudek, Timothy Leo | Redacted | 1 | 04/21/01 | Redacted | Redacted | $ 2,290.50 |
| 111 | Murphy, Michael Patrick | Redacted | 1 | 10/11/02 | Redacted | Redacted | $ 2,290.50 |
| 112 | Nelson, Kenneth Lee | Redacted | 1 | 10/11/01 | Redacted | Redacted | $ 2,290.50 |
| 113 | Nelson, Travis Wade | Redacted | 1 | 03/02/02 | Redacted | Redacted | $ 2,290.50 |
| 114 | Niklason, Brian Duanne | Redacted | 2 | 02/23/02 11/11/02 | Redacted | Redacted | $ 2,861.93 |
| 115 | Novak, Sandra Kay | Redacted | 1 | 02/23/01 | Redacted | Redacted | $ 2,290.50 |
| 116 | Oftelie, Brian Thomas | Redacted | 1 | 06/28/01 | Redacted | Redacted | $ 2,290.50 |
| 117 | Oine, Jay Curtis | Redacted | 1 | 02/08/01 | Redacted | Redacted | $ 2,290.50 |
| 118 | O'Keefe, Kelly Francis | Redacted | 1 | 11/06/02 | Redacted | Redacted | $ 2,290.50 |
| 119 | Olson, Donald Elmer (deceased) | Redacted | 1 | 12/14/02 | Redacted | Redacted | $ 2,290.50 |
| 120 | Pallo, Murray Corwin | Redacted | 1 | 03/10/01 | Redacted | Redacted | $ 2,290.50 |
| 121 | Palozie, Paul Henry | Redacted | 1 | 03/25/01 | Redacted | Redacted | $ 2,290.50 |
| 122 | Pelkey, Michael Allen | Redacted | 1 | 11/30/00 | Redacted | Redacted | $ 2,290.50 |
| 123 | Pentz, Karl James | Redacted | 1 | 10/12/01 | Redacted | Redacted | $ 2,290.50 |
| 124 | Peters, Lorianne Michelle | Redacted | 1 | 02/11/01 | Redacted | Redacted | $ 2,290.50 |
| 125 | Peterson, Christopher | Redacted | 2 | 01/01/01 01/26/01 | Redacted | Redacted | $ 2,861.93 |
| 126 | Porter, Penny Annette | Redacted | 1 | 07/15/00 | Redacted | Redacted | $ 2,290.50 |
| 127 | Prader, Curtis Allen | Redacted | 1 | 09/06/02 | Redacted | Redacted | $ 2,290.50 |
| 128 | Proehl, Aaron Jonathan | Redacted | 1 | 02/01/02 | Redacted | Redacted | $ 2,290.50 |
| 129 | Reeverts, Scott Randall | Redacted | 1 | 10/22/02 | Redacted | Redacted | $ 2,290.50 |
| 130 | Regnier, David John | Redacted | 1 | 11/25/02 | Redacted | Redacted | $ 2,290.50 |
| 131 | Rootes, Brian Keith | Redacted | 1 | 05/04/01 | Redacted | Redacted | $ 2,290.50 |
| 132 | Rosander, Bradley Aaron | Redacted | 1 | 08/14/02 | Redacted | Redacted | $ 2,290.50 |
| 133 | Rose, Amy Melissa | Redacted | 1 | 05/05/01 | Redacted | Redacted | $ 2,290.50 |
| 134 | Salo, Onnie Leonard | Redacted | 1 | 05/16/02 | Redacted | Redacted | $ 2,290.50 |
| 135 | Sandberg, Daniel Richard | Redacted | 1 | 07/25/00 | Redacted | Redacted | $ 2,290.50 |
| 136 | Sandbothe, Patrick Martin | Redacted | 1 | 08/16/00 | Redacted | Redacted | $ 2,290.50 |
| 137 | Saunders, Scott Allan | Redacted | 1 | 08/10/02 | Redacted | Redacted | $ 2,290.50 |
| 138 | Schjenken, Joel Arthur | Redacted | 1 | 08/03/00 | Redacted | Redacted | $ 2,290.50 |

**Final Accounting**
**Engeseth v. Isanti County, et al.**
**Court File No. 06-2410**

| # | Name | | | Dates | | | Amount |
|---|---|---|---|---|---|---|---|
| 139 | Shofner, John Kevin | Redacted | 2 | 02/04/01<br>01/01/02 | Redacted | Redacted | $ 2,861.93 |
| 140 | Sigmundik, Marvin Joseph | Redacted | 3 | 05/09/01<br>09/28/01<br>10/23/01 | Redacted | Redacted | $ 3,433.36 |
| 141 | Sima, Derrick Michael | Redacted | 2 | 04/12/01<br>01/24/02 | Redacted | Redacted | $ 2,861.93 |
| 142 | Simertz, James Timothy | Redacted | 1 | 02/17/01 | Redacted | Redacted | $ 2,290.50 |
| 143 | Sjolie, Steven Howard | Redacted | 3 | 09/18/00<br>02/01/01<br>05/19/01 | Redacted | Redacted | $ 3,433.36 |
| 144 | Smith, Jaimon Lee | Redacted | 1 | 04/19/01 | Redacted | Redacted | $ 2,290.50 |
| 145 | Smith, Renee Kelly | Redacted | 1 | 12/13/00 | Redacted | Redacted | $ 2,290.50 |
| 146 | Smothers, Jeremy Wade | Redacted | 1 | 10/01/02 | Redacted | Redacted | $ 2,290.50 |
| 147 | Snowbank, Cory John | Redacted | 1 | 10/30/00 | Redacted | Redacted | $ 2,290.50 |
| 148 | Steinbrink, Michael Paul | Redacted | 1 | 12/11/02 | Redacted | Redacted | $ 2,290.50 |
| 149 | Stewart, Dirk Allan | Redacted | 1 | 06/15/02 | Redacted | Redacted | $ 2,290.50 |
| 150 | Stierns, Michael Wayne | Redacted | 1 | 09/19/02 | Redacted | Redacted | $ 2,290.50 |
| 151 | Stifter, Matthew Allen | Redacted | 1 | 07/15/01 | Redacted | Redacted | $ 2,290.50 |
| 152 | Stocke, Benjamin Tim | Redacted | 1 | 08/27/02 | Redacted | Redacted | $ 2,290.50 |
| 153 | St. Pierre, Fernando Bernard | Redacted | 3 | 09/23/00<br>04/08/01<br>11/18/02 | Redacted | Redacted | $ 3,433.36 |
| 154 | Stromberg, Brian Lee | Redacted | 1 | 05/30/00 | Redacted | Redacted | $ 2,290.50 |
| 155 | Sundeen, Troy Christopher | Redacted | 2 | 08/12/01<br>09/15/01 | Redacted | Redacted | $ 2,861.93 |
| 156 | Sutherland, Debra Kaye | Redacted | 1 | 06/08/01 | Redacted | Redacted | $ 2,290.50 |
| 157 | Swaintkiewicz, Miachel Alan | Redacted | 1 | 11/22/00 | Redacted | Redacted | $ 2,290.50 |
| 158 | Swenson, Shelly Lynn | Redacted | 1 | 10/03/02 | Redacted | Redacted | $ 2,290.50 |
| 159 | Terry, Michael Anthony | Redacted | 1 | 06/15/01 | Redacted | Redacted | $ 2,290.50 |
| 160 | Tews, Timothy Lee | Redacted | 1 | 12/14/01 | Redacted | Redacted | $ 2,290.50 |
| 161 | Thomas, Patrick Chance | Redacted | 1 | 12/06/00 | Redacted | Redacted | $ 2,290.50 |
| 162 | Thompson, Brandon Jon | Redacted | 1 | 05/01/01 | Redacted | Redacted | $ 2,290.50 |
| 163 | Tode, David Douglas | Redacted | 1 | 09/04/01 | Redacted | Redacted | $ 2,290.50 |
| 164 | Townley, Edward John | Redacted | 1 | 07/08/02 | Redacted | Redacted | $ 2,290.50 |
| 165 | Traywick, Thomas George | Redacted | 2 | 05/31/00<br>02/01/01 | Redacted | Redacted | $ 2,861.93 |
| 166 | Utech, Shirley Kay | Redacted | 1 | 09/07/01 | Redacted | Redacted | $ 2,290.50 |
| 167 | Wagner, Randall Duane | Redacted | 1 | 03/14/01 | Redacted | Redacted | $ 2,290.50 |
| 168 | Walker, Douglas Steven | Redacted | 1 | 10/24/00 | Redacted | Redacted | $ 2,290.50 |
| 169 | Weber, Jessie Lee | Redacted | 1 | 12/05/02 | Redacted | Redacted | $ 2,290.50 |
| 170 | Wells, Erik Paul | Redacted | 1 | 04/07/01 | Redacted | Redacted | $ 2,290.50 |
| 171 | Wentworth, Bradley Allen | Redacted | 1 | 03/18/01 | Redacted | Redacted | $ 2,290.50 |
| 172 | West IV, Joseph John | Redacted | 1 | 01/15/02 | Redacted | Redacted | $ 2,290.50 |
| 173 | Westberg, Troy Paul | Redacted | 1 | 12/30/01 | Redacted | Redacted | $ 2,290.50 |
| 174 | Westerlund, Todd Bruce | Redacted | 1 | 12/19/00 | Redacted | Redacted | $ 2,290.50 |
| 175 | Wimer, Kurt Edward | Redacted | 1 | 04/06/01 | Redacted | Redacted | $ 2,290.50 |
| 176 | Winterquist, Cory Michael | Redacted | 1 | 07/07/00 | Redacted | Redacted | $ 2,290.50 |
| 177 | Wolfe, Brent Allen | Redacted | 1 | 03/28/01 | Redacted | Redacted | $ 2,290.50 |
| 178 | Yotter, Timothy Leonard | Redacted | 1 | 04/17/02 | Redacted | Redacted | $ 2,290.50 |
| 179 | Ziebarth, Ricky James | Redacted | 2 | 06/04/02<br>06/06/02 | Redacted | Redacted | $ 2,861.93 |
| | | | | | | | $ 431,142.41 |

**Final Accounting**
**Engeseth v. Isanti County, et al.**
**Court File No. 06-2410**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total awarded to persons claiming one search | | | | | | | |
| Total awarded to persons claiming two searches | | | | | | | |
| Total awarded to persons claiming three searches | | | | | | | |
| Total awarded to persons claiming four searches | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total awarded from the primary fund | | | | | | | |
| Total awarded from the secondary fund | | | | | | | |