UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregory Adam Engeseth, Jayne Ilene Bartholdi, and Michael David Ferris, individually, and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>The County of Isanti, Minnesota,<br><br>     Defendant. | Civil No:  06-CV-2410 (MJD/RLE)<br><br>**CERTIFICATE OF SERVICE** |

Vincent J. Moccio hereby certifies that on September 23, 2009, he caused the following document to be filed electronically with the Clerk of Court through ECF:

1. Sworn Redacted Accounting of Vincent J. Moccio

and that ECF will send an e-notice of the electronic filing to the following individuals:

 Jon K. Iverson - jiverson@iversonlaw.com
 Vincent J. Moccio - vjmoccio@rkmc.com
 Laura M. Provinzino - lmprovinzino@rkmc.com
 Susan M. Tindal – stindal@iversonlaw.com
 Pamela Fisher Whitmore - pwhitmore@iversonlaw.com
 Katherine S. Wiik - kswiik@rkmc.com

       ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


Dated:  September 23, 2009  By: /s/ *Vincent J. Moccio*
        Vincent J. Moccio (#184640)

       2800 LaSalle Plaza
       800 LaSalle Avenue
       Minneapolis, MN 55402-2015
       (612) 349-8500

       ATTORNEYS FOR PLAINTIFFS