UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Gregory Adam Engeseth, Jayne Ilene Bartholdi, and Michael David Ferris, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>The County of Isanti, Minnesota,<br><br>Defendant. | Civil No: 06-CV-2410 (MJD/RLE)<br><br>**REVISED REDACTED SWORN ACCOUNTING OF VINCENT J. MOCCIO** |

---

STATE OF MINNESOTA )
                   ) ss.
COUNTY OF HENNEPIN )

I, Vincent J. Moccio, being first duly sworn on oath, depose and state that:

1. I am a partner in the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and I am Class Counsel in this matter.

2. I make this Accounting pursuant to paragraph 11 of the Court's June 18, 2009 Order.

3. Plaintiffs' counsel has distributed $25,000 to named plaintiff Gregory Engeseth.

4. Plaintiffs' counsel has distributed $20,000 to named plaintiff Jayne Bartholdi.

5. Plaintiffs' counsel has distributed $20,000 to named plaintiff Michael Ferris.

81042867.1

6. Plaintiffs' counsel has distributed $431,142.41 to 179 class members.

7. The revised redacted Accounting of all class members is attached as Exhibit A.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

                                       /s/ *Vincent J. Moccio*
                                       Vincent J. Moccio (#184640)

Subscribed and sworn to before me
this 25th day of September, 2009.

       Renee M. Orme
         Notary Public
My Commission Expires: 01/31/2010

81042867.1

2

# EXHIBIT A

Final Accounting
Engeseth v. Isanti County, et al.
Court File No. 06-2410

| | Name | Address | Claimed Attestations | Attestation Date(s) | Social Security Number | Date of Birth | Compensation |
|---|---|---|---|---|---|---|---|
| 1 | Aadelen, Donald Francis | Ashton, IA | 1 | 09/13/01 | XXX-XX-9578 | 1953 | $ 2,290.50 |
| 2 | Adams, Joshua David | Hugo, MN | 1 | 07/06/01 | XXX-XX-8175 | 1978 | $ 2,290.50 |
| 3 | Adriaens, Coy James | St. Francis, MN | 1 | 04/01/02 | XXX-XX-1602 | 1983 | $ 2,290.50 |
| 4 | Anderson, Scott Lawrence | Pine City, MN | 1 | 05/26/01 | XXX-XX-0934 | 1972 | $ 2,290.50 |
| 5 | Athman, Bruce Paul | Princeton, MN | 1 | 04/07/01 | XXX-XX-6478 | 1963 | $ 2,290.50 |
| 6 | Aust, James William | North Branch, MN | 1 | 06/19/02 | XXX-XX-5442 | 1942 | $ 2,290.50 |
| 7 | Axelson, Daren Kenneth | Isanti, MN | 2 | 11/22/00 05/09/02 | XXX-XX-8051 | 1970 | $ 2,861.93 |
| 8 | Benske, Chad Everette | Monticello, MN | 1 | 08/28/02 | XXX-XX-4847 | 1971 | $ 2,290.50 |
| 9 | Bensley, Bret D. | Dallas Center, IA | 1 | 07/01/00 | XXX-XX-6704 | 1964 | $ 2,290.50 |
| 10 | Benton, Robert Thomas | Minneapolis, MN | 1 | 10/13/00 | XXX-XX-3250 | 1962 | $ 2,290.50 |
| 11 | Berg, Richard Galen | Princeton, MN | 4 | 04/27/01 08/14/01 08/26/02 09/06/02 | XXX-XX-5582 | 1950 | $ 4,004.79 |
| 12 | Berquist, Michael Travis | Princeton, MN | 1 | 04/02/02 | XXX-XX-9380 | 1981 | $ 2,290.50 |
| 13 | Birkholz, Troy Alan | Ham Lake, MN | 1 | 10/10/00 | XXX-XX-1762 | 1971 | $ 2,290.50 |
| 14 | Bliskowski, Marry | Buffalo, MN | 1 | 08/06/00 | XXX-XX-4613 | 1966 | $ 2,290.50 |
| 15 | Bollin, Mary Elizabeth | Braham, MN | 1 | 12/01/01 | XXX-XX-5172 | 1974 | $ 2,290.50 |
| 16 | Boorsma, Lynn Rae | Stanchfield, MN | 1 | 11/23/02 | XXX-XX-3164 | 1957 | $ 2,290.50 |
| 17 | Bue, Steven Gary | Hinckley, MN | 1 | 01/04/01 | XXX-XX-8349 | 1974 | $ 2,290.50 |
| 18 | Bunnell, Dusty Dawn | Fargo, ND | 3 | 10/21/00 03/01/01 07/25/01 | XXX-XX-3313 | 1977 | $ 3,433.36 |
| 19 | Butterfield, Casey Ryan | Barnum, MN | 1 | 05/29/02 | XXX-XX-2045 | 1984 | $ 2,290.50 |
| 20 | Cahoe, Robert Michael | Isanti, MN | 1 | 09/16/00 | XXX-XX-6559 | 1953 | $ 2,290.50 |
| 21 | Carlson, Duane Raymond | Braham, MN | 1 | 02/01/02 | XXX-XX-8633 | 1956 | $ 2,290.50 |
| 22 | Carlson, Heather Ellen | Stanchfield, MN | 1 | 01/17/02 | XXX-XX-4098 | 1981 | $ 2,290.50 |
| 23 | Carlson, Tim Edward | Ogilvie, MN | 1 | 10/05/00 | XXX-XX-4069 | 1957 | $ 2,290.50 |
| 24 | Carpentier, Shannon Kay | Texarkana, TX | 1 | 05/10/02 | XXX-XX-9781 | 1967 | $ 2,290.50 |
| 25 | Cassman, Donald Alan | Stanchfield, MN | 1 | 11/17/00 | XXX-XX-1240 | 1959 | $ 2,290.50 |
| 26 | Cassman, Randolph Brian | St. Paul, MN | 1 | 07/31/00 | XXX-XX-1851 | 1961 | $ 2,290.50 |
| 27 | Chapel, Michael Allen | Isanti, MN | 1 | 11/13/02 | XXX-XX-3892 | 1973 | $ 2,290.50 |
| 28 | Chapman, James Alan | Crosby, MN | 1 | 09/20/02 | XXX-XX-0550 | 1980 | $ 2,290.50 |
| 29 | Chester, George Patrick | Pine City, MN | 3 | 12/17/01 09/10/02 12/11/02 | XXX-XX-1689 | 1958 | $ 3,433.36 |
| 30 | Clark, Gregory David | St. Paul, MN | 1 | 01/01/02 | XXX-XX-8701 | 1957 | $ 2,290.50 |
| 31 | Clemensen, Russel Lane | Isanti, MN | 1 | 01/06/02 | XXX-XX-0675 | 1977 | $ 2,290.50 |
| 32 | Clemmer, James William | Anoka, MN | 1 | 11/18/00 | XXX-XX-4185 | 1962 | $ 2,290.50 |
| 33 | Considine, Brandy Lee | Mora, MN | 2 | 07/25/00 09/05/01 | XXX-XX-2208 | 1973 | $ 2,861.93 |
| 34 | Creger, Harry Joseph | Isanti, MN | 1 | 11/27/01 | XXX-XX-1844 | 1973 | $ 2,290.50 |
| 35 | Cross, Lowell Allan | Isanti, MN | 2 | 09/07/00 07/10/01 | XXX-XX-6578 | 1961 | $ 2,861.93 |
| 36 | Curtis, Elton James | Hackensack, MN | 1 | 03/21/01 | XXX-XX-0131 | 1973 | $ 2,290.50 |
| 37 | Daudt, Shawn James | St. Francis, MN | 1 | 07/27/01 | XXX-XX-5718 | 1967 | $ 2,290.50 |
| 38 | Degen, Zandra May | Isanti, MN | 1 | 10/02/00 | XXX-XX-0437 | 1967 | $ 2,290.50 |
| 39 | Dennehy, Craig Patrick | Cambridge, MN | 1 | 02/14/02 | XXX-XX-7204 | 1963 | $ 2,290.50 |
| 40 | Dimitry, Anthony Thomas | Cambridge, MN | 1 | 12/09/00 | XXX-XX-1709 | 1978 | $ 2,290.50 |
| 41 | Doege (fka Russell), Cheryl Lynn | Isanti, MN | 3 | 07/20/00 03/30/01 09/08/01 | XXX-XX-9290 | 1958 | $ 3,433.36 |
| 42 | Donner, Joshua Leon | Isanti, MN | 1 | 09/29/00 | XXX-XX-9251 | 1982 | $ 2,290.50 |
| 43 | Dresbach, Steven Dean | Stacy, MN | 1 | 01/07/02 | XXX-XX-3518 | 1979 | $ 2,290.50 |
| 44 | Dufresne, David John | Braham, MN | 1 | 10/02/00 | XXX-XX-5498 | 1960 | $ 2,290.50 |
| 45 | Eastin, Jacob Levi | Des Moines, IA | 1 | 11/12/01 | XXX-XX-6316 | 1979 | $ 2,290.50 |
| 46 | Eby, James Grant | Coon Rapids, MN | 1 | 09/22/02 | XXX-XX-3504 | 1953 | $ 2,290.50 |
| 47 | Ekstrand, Kimberly Ann | Cambridge, MN | 1 | 11/17/01 | XXX-XX-1545 | 1959 | $ 2,290.50 |
| 48 | Ellingson, Dennis Luverne | Ogilvie, MN | 2 | 11/16/01 08/08/02 | XXX-XX-8731 | 1971 | $ 2,861.93 |
| 49 | Engelman, Philip Jerome | Blaine, MN | 1 | 05/05/01 | XXX-XX-4847 | 1979 | $ 2,290.50 |
| 50 | Engstrom, Thomas Ray | St. Croix Falls, WI | 1 | 02/25/01 | XXX-XX-3517 | 1957 | $ 2,290.50 |
| 51 | Erickson, Andrew Arland | Shorview, MN | 1 | 08/27/01 | XXX-XX-9848 | 1967 | $ 2,290.50 |
| 52 | Fallang, Brian Joseph | Isanti, MN | 2 | 10/03/00 10/26/01 | XXX-XX-6570 | 1975 | $ 2,861.93 |
| 53 | Fiedler, Jon Frances | Grasston, MN | 1 | 03/25/01 | XXX-XX-6117 | 1962 | $ 2,290.50 |
| 54 | Fietek, Charles Andrew | Mora, MN | 1 | 10/27/01 | XXX-XX-8602 | 1946 | $ 2,290.50 |
| 55 | Fjerstad, Gregory Scott | Anoka, MN | 2 | 09/21/00 06/17/02 | XXX-XX-6454 | 1966 | $ 2,861.93 |
| 56 | Francen, Steven Scott | Cambridge, MN | 1 | 09/30/00 | XXX-XX-6373 | 1970 | $ 2,290.50 |
| 57 | Fritz, Joseph Allan | Chisago City, MN | 1 | 04/04/02 | XXX-XX-3204 | 1975 | $ 2,290.50 |
| 58 | Fuhol, Mindy Jo | Mora, MN | 1 | 03/23/01 | XXX-XX-7943 | 1981 | $ 2,290.50 |
| 59 | Gabrielson, Kevin John | Wright, MN | 3 | 11/10/00 02/26/01 04/10/01 | XXX-XX-0846 | 1980 | $ 3,433.36 |
| 60 | Gavin, Shane Allen | Coon Rapids, MN | 1 | 01/01/02 | XXX-XX-5890 | 1976 | $ 2,290.50 |
| 61 | Gerard, Vicki Lee | Anoka, MN | 1 | 09/17/00 | XXX-XX-7235 | 1957 | $ 2,290.50 |
| 62 | Giffin (fka Potter), Tammie Jean | Isanti, MN | 1 | 07/05/00 | XXX-XX-5838 | 1959 | $ 2,290.50 |
| 63 | Gogerty, Darlene (deceased) | Forest Lake, MN | 1 | 11/11/01 | XXX-XX-4883 | 1954 | $ 2,290.50 |

Final Accounting
Engeseth v. Isanti County, et al.
Court File No. 06-2410

| # | Name | City | Count | Date | SSN | Year | Amount |
|---|---|---|---|---|---|---|---|
| 64 | Gordon, Russell Eric | Cambridge, MN | 1 | 07/14/01 | XXX-XX-8295 | 1977 | $ 2,290.50 |
| 65 | Grassini, Wessly Danneil | Isanti, MN | 1 | 10/09/02 | XXX-XX-1500 | 1983 | $ 2,290.50 |
| 66 | Grbich, Theresa Jayne | Deer River, MN | 2 | 05/30/00 03/08/01 | XXX-XX-5722 | 1962 | $ 2,861.93 |
| 67 | Guerra, Damien Scott | Chaska, MN | 1 | 07/20/01 | XXX-XX-6919 | 1981 | $ 2,290.50 |
| 68 | Gustafson, Joel James | Pine City, MN | 1 | 12/20/01 | XXX-XX-1985 | 1980 | $ 2,290.50 |
| 69 | Gustafson, Trajan Guy | Echo, MN | 1 | 11/21/01 | XXX-XX-0512 | 1972 | $ 2,290.50 |
| 70 | Hall, Erin Michael | Isanti, MN | 1 | 04/26/01 | XXX-XX-5497 | 1979 | $ 2,290.50 |
| 71 | Hanscom, Rachelle Lea | Princeton, MN | 1 | 08/17/01 | XXX-XX-7155 | 1969 | $ 2,290.50 |
| 72 | Hatcher, Timothy Michael | Isanti, MN | 2 | 07/16/00 01/06/02 | XXX-XX-9469 | 1959 | $ 2,861.93 |
| 73 | Havelka, Timothy Joseph | Isanti, MN | 1 | 06/12/01 | XXX-XX-5083 | 1970 | $ 2,290.50 |
| 74 | Hewitt, Thomas Allen | Columbia Heights, MN | 1 | 08/24/02 | XXX-XX-9388 | 1946 | $ 2,290.50 |
| 75 | Hunt, Gordon Laverne | Isanti, MN | 2 | 06/14/00 01/19/01 | XXX-XX-4680 | 1944 | $ 2,861.93 |
| 76 | Joachim, Jacob Hans | Grantsburg, WI | 1 | 12/30/01 | XXX-XX-7947 | 1974 | $ 2,290.50 |
| 77 | Johnson, Jeremy Bradley | Zimmerman, MN | 1 | 04/16/02 | XXX-XX-4618 | 1971 | $ 2,290.50 |
| 78 | Johnson, Ronald Allan | Grasston, MN | 1 | 06/03/00 | XXX-XX-0033 | 1978 | $ 2,290.50 |
| 79 | Kalpin, Timothy Jon | Cambridge, MN | 1 | 02/08/01 | XXX-XX-7239 | 1970 | $ 2,290.50 |
| 80 | Karnik, Eric Thomas | Princeton, MN | 2 | 03/24/01 05/30/01 | XXX-XX-5569 | 1978 | $ 2,861.93 |
| 81 | Katuin, Ralph Leroy | Dresser, WI | 1 | 03/01/02 | XXX-XX-3373 | 1942 | $ 2,290.50 |
| 82 | Kemble, Mark William | Stanchfield, MN | 1 | 01/18/01 | XXX-XX-8567 | 1977 | $ 2,290.50 |
| 83 | Knerr, Darrell Joseph | Isanti, MN | 1 | 07/03/02 | XXX-XX-7107 | 1981 | $ 2,290.50 |
| 84 | Knotz, Rafel Antonio | St. Paul, MN | 1 | 03/13/02 | XXX-XX-9022 | 1977 | $ 2,290.50 |
| 85 | Koffler, William Robert | San Antonio, TX | 1 | 08/11/02 | XXX-XX-4976 | 1970 | $ 2,290.50 |
| 86 | Koski, Duane Edwin | Coon Rapids, MN | 2 | 09/14/01 12/16/02 | XXX-XX-5724 | 1964 | $ 2,861.93 |
| 87 | Kullman, Tammy Rae | Isanti, MN | 1 | 03/02/01 | XXX-XX-6475 | 1963 | $ 2,290.50 |
| 88 | Kunshier, Michael Larry | Cambridge, MN | 1 | 04/27/01 | XXX-XX-6220 | 1962 | $ 2,290.50 |
| 89 | Kutter, Jeffrey Scott | Ramsey, MN | 1 | 04/24/01 | XXX-XX-4221 | 1962 | $ 2,290.50 |
| 90 | Lamorie, David Charles | Eau Claire, WI | 1 | 05/15/02 | XXX-XX-6601 | 1957 | $ 2,290.50 |
| 91 | Larson, Rick Alan | St. Paul, MN | 1 | 11/26/02 | XXX-XX-8765 | 1960 | $ 2,290.50 |
| 92 | Laska, Mark Alan | Pine City, MN | 2 | 05/05/01 09/22/02 | XXX-XX-3596 | 1964 | $ 2,861.93 |
| 93 | LeBlanc, Patrick Robert | Andover, MN | 1 | 01/12/01 | XXX-XX-4098 | 1964 | $ 2,290.50 |
| 94 | Lieser, David Joseph | Harris, MN | 1 | 05/23/02 | XXX-XX-5492 | 1968 | $ 2,290.50 |
| 95 | Lindberger, Michael Ray | Ogilvie, MN | 1 | 08/13/02 | XXX-XX-0155 | 1968 | $ 2,290.50 |
| 96 | Lindgren, Matthew John | Anoka, MN | 1 | 12/27/00 | XXX-XX-3309 | 1977 | $ 2,290.50 |
| 97 | Lund, Todd Arlyn | Grantsburg, WI | 1 | 09/20/02 | XXX-XX-9926 | 1970 | $ 2,290.50 |
| 98 | Lunser, Carrie Lynn | Cambridge, MN | 1 | 08/08/00 | XXX-XX-7724 | 1966 | $ 2,290.50 |
| 99 | Mattson, Paul Leonard | Harris, MN | 1 | 02/05/02 | XXX-XX-0024 | 1981 | $ 2,290.50 |
| 100 | McCoy, Thomas John | Coon Rapids, MN | 1 | 05/24/02 | XXX-XX-1076 | 1969 | $ 2,290.50 |
| 101 | McGashan, Christopher Helm (deceased) | Ramsey, MN | 1 | 10/20/01 | XXX-XX-3735 | deceased | $ 2,290.50 |
| 102 | McManus, Matthew Louis | Little Canada, MN | 1 | 06/01/02 | XXX-XX-3017 | 1983 | $ 2,290.50 |
| 103 | Mechelke, Joseph Charles | Columbia Heights, MN | 1 | 04/20/01 | XXX-XX-4875 | 1982 | $ 2,290.50 |
| 104 | Meek, Robert Allen | East Bethel, MN | 1 | 08/23/01 | XXX-XX-4050 | 1959 | $ 2,290.50 |
| 105 | Mellgren, Todd Brian | Minneapolis, MN | 2 | 10/11/01 03/02/02 | XXX-XX-0319 | 1968 | $ 2,861.93 |
| 106 | Merrick, Randy Quenin | Minneapolis, MN | 1 | 07/14/00 | XXX-XX-1545 | 1971 | $ 2,290.50 |
| 107 | Modeen, Rhonda Marie | Kress, TX | 1 | 09/01/00 | XXX-XX-4764 | 1965 | $ 2,290.50 |
| 108 | Moline, Lynn Carol | East Bethel, MN | 1 | 12/11/00 | XXX-XX-9002 | 1958 | $ 2,290.50 |
| 109 | Morehouse, Scott Paul | Anoka, MN | 1 | 02/22/01 | XXX-XX-1991 | 1967 | $ 2,290.50 |
| 110 | Mudek, Timothy Leo | Princeton, MN | 1 | 04/21/01 | XXX-XX-8100 | 1962 | $ 2,290.50 |
| 111 | Murphy, Michael Patrick | Andover, MN | 1 | 10/11/02 | XXX-XX-1784 | 1960 | $ 2,290.50 |
| 112 | Nelson, Kenneth Lee | St. Joseph, MN | 1 | 10/11/01 | XXX-XX-7609 | 1956 | $ 2,290.50 |
| 113 | Nelson, Travis Wade | Isanti, MN | 1 | 03/02/02 | XXX-XX-1491 | 1970 | $ 2,290.50 |
| 114 | Niklason, Brian Duanne | Downing, WI | 2 | 02/23/02 11/11/02 | XXX-XX-8857 | 1961 | $ 2,861.93 |
| 115 | Novak, Sandra Kay | Shepherdsville, KY | 1 | 02/23/01 | XXX-XX-4501 | 1960 | $ 2,290.50 |
| 116 | Oftelie, Brian Thomas | Grand Rapids, MN | 1 | 06/28/01 | XXX-XX-5113 | 1957 | $ 2,290.50 |
| 117 | Oine, Jay Curtis | Stanchfield, MN | 1 | 02/08/01 | XXX-XX-9532 | 1950 | $ 2,290.50 |
| 118 | O'Keefe, Kelly Francis | Mora, MN | 1 | 11/06/02 | XXX-XX-9396 | 1969 | $ 2,290.50 |
| 119 | Olson, Donald Elmer (deceased) | North Branch, MN | 1 | 12/14/02 | XXX-XX-1118 | | $ 2,290.50 |
| 120 | Pallo, Murray Corwin | Isanti, MN | 1 | 03/10/01 | XXX-XX-5726 | 1955 | $ 2,290.50 |
| 121 | Palozie, Paul Henry | Middletown, CT | 1 | 03/25/01 | XXX-XX-5077 | 1968 | $ 2,290.50 |
| 122 | Pelkey, Michael Allen | Buhl, MN | 1 | 11/30/00 | XXX-XX-9219 | 1951 | $ 2,290.50 |
| 123 | Pentz, Karl James | Deerwood, MN | 1 | 10/12/01 | XXX-XX-3960 | 1962 | $ 2,290.50 |
| 124 | Peters, Lorianne Michelle | Cambridge, MN | 1 | 02/11/01 | XXX-XX-7154 | 1960 | $ 2,290.50 |
| 125 | Peterson, Christopher | Isanti, MN | 2 | 01/01/01 01/26/01 | XXX-XX-3284 | 1963 | $ 2,861.93 |
| 126 | Porter, Penny Annette | Isanti, MN | 1 | 07/15/00 | XXX-XX-4369 | 1955 | $ 2,290.50 |
| 127 | Prader, Curtis Allen | Dilworth, MN | 1 | 09/06/02 | XXX-XX-7507 | 1961 | $ 2,290.50 |
| 128 | Proehl, Aaron Jonathan | Stanchfield, MN | 1 | 02/01/02 | XXX-XX-4817 | 1980 | $ 2,290.50 |
| 129 | Reeverts, Scott Randall | North Branch, MN | 1 | 10/22/02 | XXX-XX-4957 | 1960 | $ 2,290.50 |
| 130 | Regnier, David John | East Bethel, MN | 1 | 11/25/02 | XXX-XX-1499 | 1961 | $ 2,290.50 |
| 131 | Rootes, Brian Keith | St. Francis, MN | 1 | 05/04/01 | XXX-XX-9403 | 1968 | $ 2,290.50 |
| 132 | Rosander, Bradley Aaron | Coon Rapids, MN | 1 | 08/14/02 | XXX-XX-4112 | 1982 | $ 2,290.50 |
| 133 | Rose, Amy Melissa | Pine City, MN | 1 | 05/05/01 | XXX-XX-9372 | 1976 | $ 2,290.50 |
| 134 | Salo, Onnie Leonard | Lindstrom, MN | 1 | 05/16/02 | XXX-XX-9865 | 1979 | $ 2,290.50 |
| 135 | Sandberg, Daniel Richard | Zimmerman, MN | 1 | 07/25/00 | XXX-XX-1187 | 1971 | $ 2,290.50 |
| 136 | Sandbothe, Patrick Martin | Isanti, MN | 1 | 08/16/00 | XXX-XX-5801 | 1963 | $ 2,290.50 |

Final Accounting
Engeseth v. Isanti County, et al.
Court File No. 06-2410

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 137 | Saunders, Scott Allan | Braham, MN | 1 | 08/10/02 | XXX-XX-1260 | 1978 | $ | 2,290.50 |
| 138 | Schjenken, Joel Arthur | Isle, MN | 1 | 08/03/00 | XXX-XX-7200 | 1970 | $ | 2,290.50 |
| 139 | Shofner, John Kevin | Cloquet, MN | 2 | 02/04/01 01/01/02 | XXX-XX-8321 | 1968 | $ | 2,861.93 |
| 140 | Sigmundik, Marvin Joseph | Maplewood, MN | 3 | 05/09/01 09/28/01 10/23/01 | XXX-XX-7394 | 1971 | $ | 3,433.36 |
| 141 | Sima, Derrick Michael | Isle, MN | 2 | 04/12/01 01/24/02 | XXX-XX-3125 | 1981 | $ | 2,861.93 |
| 142 | Simertz, James Timothy | Hinckley, MN | 1 | 02/17/01 | XXX-XX-6537 | 1962 | $ | 2,290.50 |
| 143 | Sjolie, Steven Howard | Mesa, AZ | 3 | 09/18/00 02/01/01 05/19/01 | XXX-XX-4668 | 1961 | $ | 3,433.36 |
| 144 | Smith, Jaimon Lee | Cambridge, MN | 1 | 04/19/01 | XXX-XX-2658 | 1973 | $ | 2,290.50 |
| 145 | Smith, Renee Kelly | Rush City, MN | 1 | 12/13/00 | XXX-XX-3542 | 1958 | $ | 2,290.50 |
| 146 | Smothers, Jeremy Wade | Lake City, MN | 1 | 10/01/02 | XXX-XX-8499 | 1972 | $ | 2,290.50 |
| 147 | Snowbank, Cory John | Frederick, WI | 1 | 10/30/00 | XXX-XX-4780 | 1977 | $ | 2,290.50 |
| 148 | Steinbrink, Michael Paul | Princeton, MN | 1 | 12/11/02 | XXX-XX-4456 | 1979 | $ | 2,290.50 |
| 149 | Stewart, Dirk Allan | Ogilvie, MN | 1 | 06/15/02 | XXX-XX-4446 | 1957 | $ | 2,290.50 |
| 150 | Stierns, Michael Wayne | Isanti, MN | 1 | 09/19/02 | XXX-XX-2337 | 1964 | $ | 2,290.50 |
| 151 | Stifter, Matthew Allen | Isanti, MN | 1 | 07/15/01 | XXX-XX-3129 | 1973 | $ | 2,290.50 |
| 152 | Stocke, Benjamin Tim | Rush City, MN | 1 | 08/27/02 | XXX-XX-9514 | 1983 | $ | 2,290.50 |
| 153 | St. Pierre, Fernando Bernard | Dunseith, ND | 3 | 09/23/00 04/08/01 11/18/02 | XXX-XX-2357 | 1978 | $ | 3,433.36 |
| 154 | Stromberg, Brian Lee | Stacy, MN | 1 | 05/30/01 | XXX-XX-2993 | 1959 | $ | 2,290.50 |
| 155 | Sundeen, Troy Christopher | Foley, MN | 2 | 08/12/01 09/15/01 | XXX-XX-0948 | 1967 | $ | 2,861.93 |
| 156 | Sutherland, Debra Kaye | Ramsey, MN | 1 | 06/08/01 | XXX-XX-1312 | 1952 | $ | 2,290.50 |
| 157 | Swaintkiewicz, Miachel Alan | Hastings, MN | 1 | 11/22/00 | XXX-XX-9199 | 1966 | $ | 2,290.50 |
| 158 | Swenson, Shelly Lynn | Nekossa, WI | 1 | 10/03/02 | XXX-XX-0043 | 1972 | $ | 2,290.50 |
| 159 | Terry, Michael Anthony | West St. Paul, MN | 1 | 06/15/01 | XXX-XX-0968 | 1955 | $ | 2,290.50 |
| 160 | Tews, Timothy Lee | Cambridge, MN | 1 | 12/14/01 | XXX-XX-5328 | 1979 | $ | 2,290.50 |
| 161 | Thomas, Patrick Chance | Chandler, AZ | 1 | 12/06/00 | XXX-XX-2166 | 1974 | $ | 2,290.50 |
| 162 | Thompson, Brandon Jon | Isanti, MN | 1 | 05/01/01 | XXX-XX-0383 | 1977 | $ | 2,290.50 |
| 163 | Tode, David Douglas | Blaine, MN | 1 | 09/04/01 | XXX-XX-8234 | 1972 | $ | 2,290.50 |
| 164 | Townley, Edward John | North Branch, MN | 1 | 07/08/02 | XXX-XX-0768 | 1973 | $ | 2,290.50 |
| 165 | Traywick, Thomas George | Cambridge, MN | 2 | 05/31/00 02/01/01 | XXX-XX-3369 | 1979 | $ | 2,861.93 |
| 166 | Utech, Shirley Kay | Lindstrom, MN | 1 | 09/07/01 | XXX-XX-5939 | 1961 | $ | 2,290.50 |
| 167 | Wagner, Randall Duane | Cambridge, MN | 1 | 03/14/01 | XXX-XX-6388 | 1968 | $ | 2,290.50 |
| 168 | Walker, Douglas Steven | Isanti, MN | 1 | 10/24/00 | XXX-XX-5397 | 1974 | $ | 2,290.50 |
| 169 | Weber, Jessie Lee | Isanti, MN | 1 | 12/05/02 | XXX-XX-7867 | 1980 | $ | 2,290.50 |
| 170 | Wells, Erik Paul | Elk River, MN | 1 | 04/07/01 | XXX-XX-8985 | 1971 | $ | 2,290.50 |
| 171 | Wentworth, Bradley Allen | Cambridge, MN | 1 | 03/18/01 | XXX-XX-1528 | 1962 | $ | 2,290.50 |
| 172 | West IV, Joseph John | Isanti, MN | 1 | 01/15/02 | XXX-XX-3380 | 1980 | $ | 2,290.50 |
| 173 | Westberg, Troy Paul | Dalbo, MN | 1 | 12/30/01 | XXX-XX-0720 | 1967 | $ | 2,290.50 |
| 174 | Westerlund, Todd Bruce | Ham Lake, MN | 1 | 12/19/00 | XXX-XX-1106 | 1963 | $ | 2,290.50 |
| 175 | Wimer, Kurt Edward | Cedar Rapids, IA | 1 | 04/06/01 | XXX-XX-6050 | 1957 | $ | 2,290.50 |
| 176 | Winterquist, Cory Michael | Cloquet, MN | 1 | 07/07/00 | XXX-XX-5196 | 1980 | $ | 2,290.50 |
| 177 | Wolfe, Brent Allen | Stanchfield, MN | 1 | 03/28/01 | XXX-XX-7881 | 1978 | $ | 2,290.50 |
| 178 | Yotter, Timothy Leonard | Stanchfield, MN | 1 | 04/17/02 | XXX-XX-5157 | 1979 | $ | 2,290.50 |
| 179 | Ziebarth, Ricky James | Cambridge, MN | 2 | 06/04/02 06/06/02 | XXX-XX-9533 | 1961 | $ | 2,861.93 |
| | | | | | | | $ | 431,142.41 |

Final Accounting
Engeseth v. Isanti County, et al.
Court File No. 06-2410

| | | |
|---|---|---|
| | $ | 345,865.50 |
| Total awarded to persons claiming one search | $ | 45,810.00 |
| Total awarded to persons claiming two searches | $ | 16,033.50 |
| Total awarded to persons claiming three searches | $ | 2,290.50 |
| Total awarded to persons claiming four searches | $ | 409,999.50 |
| | | |
| Total awarded from the primary fund | $ | 11,428.60 |
| Total awarded from the secondary fund | $ | 8,000.02 |
| | $ | 1,714.29 |
| | $ | 21,142.91 |
| | | |
| | $ | 431,142.41 |