UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Gregory Adam Engeseth, Jayne Ilene
Bartholdi, and Michael David Ferris,
individually, and on behalf of all others
similarly situated,

      Plaintiffs,

v.

The County of Isanti, Minnesota,

      Defendant.

**ORDER TO SHOW CAUSE**
Civil File No: 06-CV-2410 MJD/RLE

---

Vincent J. Moccio, Robins, Kaplan, Miller & Ciresis LLP, Counsel for Plaintiffs.

Shane A. Carlson, Defendant appearing pro se.

---

This matter comes before the Court on the Sworn Accounting Affidavit of Vincent J. Moccio [Doc. Number 104], counsel for Plaintiffs, which was filed on August 07, 2009, in violation of Fed. R. Civ. P. 5.2(a).  Rule 5.2(a) states that:

> Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:

1

(1) the last four digits of the social-security number and taxpayer-identification number;

(2) the year of the individual's birth;

Fed. R. Civ. P. 5.2(a).

On the Court's finding that Mr. Moccio's affidavit violated Rule 5.2, by including full social security numbers and dates of birth for 179 individuals, **IT IS HEREBY ORDERED THAT** Vincent J. Moccio **PERSONALLY APPEAR AND SHOW CAUSE,** if any, before the Honorable Michael J. Davis, Chief Judge of the United States District Court for the District of Minnesota at Courtroom 15E, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota on October 20, 2009, at 11:00 a.m., or as soon thereafter as counsel can be heard, why the Court should not

1. find Mr. Moccio in contempt for the violation of Fed. R. Civ. P. 5.2(a); and

2. order Mr. Moccio to provide each individual, whose personal information has been compromised, with individualized credit reports, credit monitoring and any other costs associated the prevention of identify theft.

Date: October 9, 2009

s/Michael J. Davis
Chief Judge Michael J. Davis
United States District Court